NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**In re: ORANGE COUNTY, CA,**

*Appellant*

---

2023-1004

---

Appeal from the United States Patent and Trademark Office, Trademark Trial and Appeal Board in No. 87419378, 87639750.

---

## O R D E R

The parties having so agreed, it is ordered that:

(1) The proceeding is DISMISSED under Fed. R. App. P. 42 (b).

(2) Each side shall bear their own costs.


FOR THE COURT

May 19, 2023
　　Date

/s/ Peter R. Marksteiner
Peter R. Marksteiner
Clerk of Court


**ISSUED AS A MANDATE:** May 19, 2023